## PIMA COUNTY CONSOLIDATED JUSTICE COURT
### 240 N. Stone Avenue, Tucson, AZ 85701   (520) 724-3171

| PLAINTIFF | CASE NO. | DEFENDANT |
|---|---|---|
| Alta Funding & Investments, LLC<br>c/o David Hindman, Esq.<br>259 N. Meyer Avenue<br>Tucson, AZ 85701<br>(520) 624-8886 | CV23023677<br><br>FORCIBLE DETAINER<br>COMPLAINT<br>(Residential) | Gary Barnes<br>1410 N. Belvedere Ave.<br>Tucson, AZ 85712<br><br>(Name/Address/Telephone) |

### YOUR LANDLORD IS SUING TO HAVE YOU EVICTED. PLEASE READ CAREFULLY

1. This court has jurisdiction to hear this case. The property is within this court's judicial precinct.

2. The Defendant wrongfully withholds possession of this property located at: **1410 N. Belvedere Ave. Tucson, AZ 85712.**

3. Any required written notice was served on the Defendant on March 31, 2023 and was served in the following manner: certified and regular mail. A copy of the notice is attached as Exhibit A.

4. The Plaintiff is authorized to file this action and has done so for the following reason(s):

    Defendant refuses to vacate the premises after proper notice terminating his month-to-month tenancy, a copy of which is attached. Month-to-month lease was terminated pursuant to A.R.S. §33-1375(b) as of June 1, 2023. This action for possession is brought pursuant to A.R.S. §33-1375(c).

5. As of the date that this action is being filed, the Defendant owes the following:

    | | |
    |---|---|
    | Rent (From Current and Prior Months) Totaling: | $ N/A |
    | Late Fees: | N/A |
    | Rental Concessions: | N/A |
    | Costs: | To be determined under A.R.S. §§ 12-341, 12-341.01 |
    | Attorney's Fees: | To be determined under A.R.S. §§ 12-341, 12-341.01 |
    | Other Damages: | |
    | Total Amount Requested: | $ To be determined under A.R.S. §§ 12-341, 12-341.01 |

6. The Plaintiff requests a money judgment for attorney's fees and costs pursuant to A.R.S. §§ 12-341 and 12-341.01 and also a judgment for possession of the property.

7. WRIT OF RESTITUTION: The Plaintiff requests the court issue a Writ of Restitution, returning the property to the Plaintiff's possession.

8. By signing this complaint, I verify that assertions are true and correct to the best of my knowledge and belief and that they are based on a reasonably diligent inquiry.

MESCH CLARK & ROTHSCHILD

September 6, 2023.

_David Hindman_
David J. Hindman, attorney for Plaintiff

## EXHIBIT "A" PAGE 3



dhindman@mcrazlaw.com
Our File No. 02022-1

March 31, 2023

*Via Certified Mail*

Gary Barnes
1410 N Belvedere Ave.
Tucson, AZ 85712

Re:  **NOTICE OF TERMINATION OF MONTH-TO-MONTH LEASE**
     **30-DAY NOTICE TO VACATE PREMISES BY June 1, 2023**
     **Property located at: 1410 N Belvedere Ave., Tucson, AZ 85712**

Dear Mr. Barnes:

This office represents Alta Funding & Investments, LLC ("Alta"), who purchased and now owns the property located at 1410 N Belvedere Ave., Tucson, AZ 85712 (the "Property"), as of March 28, 2023. Alta understands that you have been residing at the Property subject to a month-to-month lease with the prior owner of the Property. **You are hereby notified that pursuant to A.R.S. §33-1375(B), Alta has elected to terminate your month-to-month tenancy (lease). Your tenancy will terminate on June 1, 2022, which date is at least thirty-days after the next periodic rental date.**

You are responsible for paying rent to Alta through your termination date. Rent checks can be mailed to Alta Funding & Investment LLC, c/o Mesch Clark Rothschild, PC, at 259 N. Meyer Ave., Tucson, AZ 85701. If you desire to avoid incurring rent through May 31, 2023, by vacating the property on an earlier date, please contact me.

If you fail to timely vacate the Property, Alta will file an action to evict you and will seek a judgment to recover any unpaid rent, damages, and Alta's attorneys' fees and costs. You are further notified that A.R.S. §33-1375(C) provides "C. If the tenant remains in possession without the landlord's consent after expiration of the term of the rental agreement or its termination, the landlord may bring an action for possession and if the tenant's holdover is willful and not in good faith the landlord, in addition, may recover an amount equal to not more than two months' periodic rent or twice the actual damages sustained by the landlord, whichever is greater."

Please respond at your earliest convenience, to confirm the date you intend to vacate the Property and turn over possession and any keys to Alta.

Sincerely,

David Hindman

4864-5851-9386, v.1          **EXHIBIT "A" PAGE 1**

259 N. MEYER AVENUE • TUCSON AZ 85701-1090 • PH: 520.624.8886 • FAX: 520.798.1037 • WWW.MCRAZLAW.COM

PIMA COUNTY CONSOLIDATED JUSTICE COURT, 240 N. STONE AVE., TUCSON, AZ. 85701-1130

| STATE OF ARIZONA or PLAINTIFF(S) Name | Case No: **CV23-023677-EA** | DEFENDANT(S) Name |
|---|---|---|
| ALTA FUNDING & INVESTMENTS LLC | **NOTICE OF HEARING** Eviction Action | **GARY BARNES** |
| Pltf Atty: HINDMAN, DAVID J. | | Deft Atty: |

This matter is hereby set for a hearing with **Judge NEWMAN on 09/18/2023 at 09:00 AM.**
YOU MAY APPEAR BY VIDEO, TELEPHONE OR IN PERSON
Your Meeting ID: **97693970461**

**Option 1 – To join the hearing via-zoom video:**
Please go to: www.zoom.us/j and type in the meeting ID. For example:

To appear via video conference on Zoom, you must have an internet connection. You can use a smart phone, iPad/tablet, or computer/laptop that has sound & video capability. You will also need to install the Zoom App (www.zoom.us) before the time of hearing.

Upon connecting to the Zoom hearing, you will be placed in a "waiting room." Do not hang up or close the Zoom application.

**Option 2 – To join the hearing via-telephone:** *You do not need the ZOOM application to appear by telephone.*
Dial 1-888-788-0099 (toll free) and type in the meeting ID. **(97693970461)**

Upon connecting to the meeting, you will be placed in a "waiting room" until staff can speak with you.

**Option 3 – To join the hearing in person:**
Visit the courthouse in person at 240 N. Stone Avenue, Tucson, AZ 85701.

**IF YOU FAIL TO APPEAR AS ORDERED ON A CRIMINAL CASE, A WARRANT MAY BE ISSUED FOR YOUR ARREST, AND YOU MAY BE PROSECUTED UNDER PROVISIONS OF TITLE 13 OF THE ARIZONA REVISED STATUTES.**

IF YOU FAIL TO APPEAR ON A CIVIL TRAFFIC OR CIVIL CASE A DEFAULT JUDGMENT MAY BE ENTERED.

If you require an ADA accommodation, please visit https://www.jp.pima.gov/ADAform or call 520-724-3171
If you require an interpreter call 520-724-3171 as soon as possible.
Si necesita un intérprete, llame lo antes posible al (520) 724-3171.

DATE: 9/7/2023          JUDGE: /s/ RON NEWMAN

| Copy/Notification To: | US Mail | Runner Service | Email | Hand Delivere | Telephone/ Voice Mail |
|---|---|---|---|---|---|
| County Attorney/Officer | | | | | |
| Plaintiff(s)/Attorney(s) | | | | | |
| Defendant(s)/Attorney(s) | | | | | |
| Garnishee | | | | | |

Original to File

Clerk: daivix
Date: 9/7/2023

JP774 – Created 3/21/2022 (Updated 8/15/2022)          **EXHIBIT "A" PAGE 2**

## PIMA COUNTY CONSOLIDATED JUSTICE COURT
### 240 N. Stone Avenue, Tucson, AZ 85701   (520) 724-3171

| PLAINTIFF | CASE NO. | DEFENDANT |
|---|---|---|
| Alta Funding & Investments, LLC<br>c/o David Hindman, Esq.<br>259 N. Meyer Avenue<br>Tucson, AZ 85701<br>(520) 624-8886<br>(Name/Address/Telephone) | CV23023677<br><br>FORCIBLE DETAINER SUMMONS | Gary Barnes<br>1410 N. Belvedere Ave.<br>Tucson, AZ 85712<br>(Name/Address/Telephone) |

### THE STATE OF ARIZONA TO THE DEFENDANT NAMED ABOVE:

1. YOU ARE SUMMONED TO APPEAR and answer this complaint in the court named above.

   Trial Date: **SEP 1 8 2023 - 9:00 AM** Time: _See the Notice of Hearing attached for options on how to appear._

### LOCATION: 240 N. Stone Avenue, Tucson, AZ 85701

Be in the courtroom at least 15 minutes before the scheduled trial.
**Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.**

2. You must appear at the date and time shown above if you wish to contest the allegations in the attached complaint. For additional information, please see the attached Residential Eviction Procedures Information Sheet.

3. If you do not agree with the allegations in the complaint, you should file a written Answer admitting or denying some or all of the allegations and pay the required answer fee. In cases of hardship, you may apply for a deferral or waiver of the filing fee. The Court can provide you with the forms for Answer and Application for Waiver/Deferral.

4. If you have statutory basis to file a counterclaim, which is limited to damages resulting from the landlord's breach of the lease or violation of the Residential Landlord Tenant Act, it must be in writing and served upon the opposing party.

5. A trial may be held on the date stated above or it may be continued for up to three days.

6. The Plaintiff or the Plaintiff's attorney must be given a copy of your Answer and any other pleading you file in this case to the address above or before the court date above.

7. IF YOU FAIL TO APPEAR, a default judgment will likely be entered against you, granting the relief specifically requested in the complaint, including removing you from the property.

8. If an interpreter is needed for this hearing, please call (520)724-3171. Please provide the court immediate notice if an interpreter will be needed. This will ensure an interpreter is available at your hearing.

Date: September **SEP 0 7 2023**, 2023.                      _____
                                                             Justice of the Peace #115

JP06 (Rev 9/29/2021) XV

**EXHIBIT "A" PAGE 4**